IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH Google Inc., 1600 Amphitheater Parkway, Mountain View, California, 94043(1) rxhumanpharma@ gmail.c om, (2) hildawanjiku6 @ gmail.com . (3) georgezungu30 @ gmail.com, (4)amokee11y @ gmail .com, (5) rxbuman @ gmail.com, and (6) dmacrene@ gmai l.com.<br><br>STORED AT Google, Inc. | 8:19MJ571<br>8:19MC312<br><br>ORDER TO UNSEAL |

This matter is before the court on the government's motion to unseal (Filing No. 3). The motion is granted.

IT IS SO ORDERED.

Dated this 8th day of April, 2021.

BY THE COURT:

*/s/ Susan M. Bazis*
SUSAN M. BAZIS
United States Magistrate Judge